**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

JENNIFER NICOLE KEY,

     Plaintiff,

v.                                                                                                Civ. No. 17-386 GJF

NANCY A. BERRYHILL, *Acting*
*Commissioner of the Social Security*
*Administration,*

     Defendant.

**ORDER GRANTING MOTION TO**
**PROCEED IN FORMA PAUPERIS**

**THIS MATTER** comes before the Court on Plaintiff's "Motion to Proceed in Forma Pauperis" ("Motion") [ECF No. 2].  The Court, having reviewed the record and otherwise being fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS ORDERED THAT** the Motion is **GRANTED**, and Plaintiff may proceed without prepayment of fees or the necessity of giving security therefor.  *See* 28 U.S.C. § 1915(a)(1) (2012).

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel, in accordance with Fed. R. Civ. P. 4(c)(3).

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE